**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Misty Hong, et al.
                        Plaintiff,

v.                                           Case No.: 1:20−cv−02810
                                                            Honorable John Z. Lee

TikTok, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 22, 2022:

      MINUTE entry before the Honorable John Z. Lee: ORDER AND FINAL JUDGMENT granting final approval of class action settlement was entered in case 20−cv−4699. Therefore, all member cases are hereby terminated.Civil case terminated.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.